IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| | : | |
| IN RE:   ASBESTOS PRODUCTS | : | MDL 875 |
| LIABILITY LITIGATION | : | |
| ALL ACTIONS | : | OHIO NORTHERN |
| | : | *(MARDOC)* |
| | : | |

**O R D E R**

**AND NOW** on this **1st** day of **August, 2011**, it is hereby **ORDERED** that the actions attached hereto and listed as *Exhibit "A"* are hereby dismissed pursuant to Plaintiffs' counsel.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.